## CLIFFORD WREN ET AL. *v.* MACPHERSON INTERIORS, INC., ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 43 Conn. App. 919 (AC 15083), is denied.

*William F. Gallagher*, in support of the petition.

*William J. Wenzel* and *Alice Ann Carey*, in opposition.

Decided January 16, 1997

## CLIFFORD WREN ET AL. *v.* MACPHERSON INTERIORS, INC., ET AL.

The petition by the defendant People's Bank for certification for appeal from the Appellate Court, 43 Conn. App. 919 (AC 15083), is denied.

*William J. Wenzel* and *Alice Ann Carey*, in support of the petition.

*William F. Gallagher*, in opposition.

Decided January 16, 1997

## JACQUES ALL TRADES CORPORATION *v.* LAVERNE BROWN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 124 (AC 14052), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded, under the facts and circumstances of this case, that the municipal exemption contained in General Statutes § 20-428 did not apply to the contracts in issue?"

The Supreme Court docket number is SC 15530.